U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 1 1 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-00452

I, Ellie Melvin Brett, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1 and 2 thereof.

In Open Court this 11th day of December, 2020.

_____
SIGNATURE (Defense Attorney)
Esther Dina Feuer Panitch

_____
SIGNATURE (Defendant)
Ellie Melvin Brett

INFORMATION BELOW MUST BE TYPED OR PRINTED

The Panitch Law Group, PC
Suite 205
4243 Dunwoody Club Drive
Atlanta, Georgia 30350
Phone: (770) 364-6952
Bar Number: _____

_____
_____
_____
Phone: _____

Filed in Open Court by:

_____
(Signature)
U.S. Department of Justice
United States Attorney

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12