# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ELLIE MELVIN BRETT

Criminal Docket No.
1:20-cr-00452-SDG-CCB-1

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Christopher C. Bly [ECF 101], which recommends that Defendant Ellie Melvin Brett's plea of guilty be accepted and that the Defendant be adjudged guilty. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court ADOPTS the Final Report and Recommendation [ECF 101] as the order of this Court.

Defendant Ellie Melvin Brett's plea of guilty is **ACCEPTED** and he is **ADJUDGED** guilty. Sentencing is scheduled for Tuesday, March 22, 2022 at 10:00 a.m.

IT IS SO ORDERED this 25th day of January, 2022.

_____
Steven D. Grimberg
United States District Court Judge