# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00452-SDG-CCB
## USA v. Brett et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 03/22/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Alicia Bagley |
| TIME COURT CONCLUDED: 10:18 A.M. | CSO/DUSM: Ronald Cook; Victor Yearwood |
| TIME IN COURT: 00:18 | USPO: Maria Ridley |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Ellie Melvin Brett Present at proceedings |
| ATTORNEY(S) PRESENT: | Bret Hobson representing USA<br>Esther Panitch representing Ellie Melvin Brett |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Also present during the sentencing hearing, held March 22, 2022, were SA Bill Perdue with the ATF, SA Stephanie Bennett with the FBI and PO Maria Ridley. The Court adopted the Presentence Report and made it the findings of the Court. The Court heard from Government's and Defendant's counsel as to their recommendation for a reasonable sentence, and the defendant was given an opportunity to allocute but declined. The Court pronounced the sentence as to Count 1 of the Indictment as sixty (60) months of imprisonment, three (3) years of supervised release with mandatory, standard, and special conditions, no fine, $35,061.75 in restitution, and a special assessment of $100. The Court provided justification for the sentence imposed. The Government and Defendant's counsel did not object to the sentence. The Court advised Defendant of his right to appeal. The Defendant is in the custody of the USMS. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |