ND/GA PROB 12B
(Rev. 1/21)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 0 2 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Ellie Brett | Docket No: | 1:20CR00452-SDG |
| Sentencing Judicial Officer: | The Honorable Steven D. Grimberg U.S. District Judge | | |
| Date of Original Sentence: | 03/22/2022 | | |
| Original Offense: | 18 U.S.C. §§ 844(n) and 844(f)(1) Conspiracy to Maliciously Damage, Destroy, and Attempt to Damage and Destroy U.S. Postal Service Vehicles by Means of Fire | | |
| Original Sentence: | 60 months' imprisonment, followed by 3 years' supervised release, under the standard conditions of supervised release and the following special conditions: mental health treatment, substance abuse treatment, substance abuse testing confiscation of contraband and search. Brett was also ordered a $100 special assessment and restitution in the amount of $35,061.75, to be paid in monthly installments of not less than $250.00 per month. | | |
| Type of Supervision: Supervised Release | | Date Supervision Commenced: 09/12/2023 | |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Brett's original Judgement and Commitment orders the following condition:

*If not paid in full immediately, the defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of at least $250.*

Mr. Brett acknowledged the current amount, of $250.00 per month, is not feasible, due to his lack of income. He is a newly licensed barber, and although he is physically at a barbershop more than 40 hours per week, he is only paid per haircut, earning very little until he can build a stable clientele.

However, Mr. Brett's financial circumstances cannot be properly evaluated to determine an appropriate monthly restitution amount as his Judgement does not currently include special conditions regarding financial disclosure. As such, it is respectfully requested the Court modify his conditions of supervised release as noted below. These additional conditions will allow the probation office to gain a better understanding of his financial suitability for restitution payments, as well as provide him with a realistic payment plan based on his current income. Should his income change, a request to increase his monthly restitution payments will be submitted to Your Honor. Mr. Brett has agreed to the modification of his conditions, which is attached in a Waiver of Hearing to Modify Conditions.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

To modify the conditions of supervision as follows:

1. *The defendant shall make payments toward any unpaid balance of the imposed restitution on terms set by the United States Probation Office, but no less than $25 per month.*

2. *You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office.*

3. *You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.*

Respectfully submitted,

_____ 03/28/2025    *F. White*                        3/28/2025
Megan DeVous                    Date   Felicia White                         Date
United States Probation Officer        Supervisory U.S. Probation Officer

THE COURT ORDERS:

☑ The modifications of conditions as noted above

☐ No Action

☐ Other

_____
Honorable Steven D. Grimberg
      U.S. District Judge

April 1, 2025
            Date

PROB 49
(3/89)

# United States District Court

Northern District of Georgia

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. *The defendant shall make payments toward any unpaid balance of the imposed restitution on terms set by the United States Probation Office, but no less than $25 per month.*

2. *You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office.*

3. *You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.*

Witness: _____  Signed: *Ellie Brett*
Megan DeVous, US Probation Officer         Ellie Brett

03/28/2025